# Exhibit 1



**ZYMO RESEARCH**

*The Beauty of Science is to Make Things Simple*

Jonathan A Claypool
Chief Legal Officer
P: 949-245-2765
F: 949-266-9452
E: jclaypool@zymoresearch.com

**December 05, 2023**
**Via FedEx and Email**

Winston & Strawn LLP
Rex Mann, Partner
2121 N Pearl Street
Dallas, TX 75201

**Re: Response to Letter Dated November 27, 2023**

Dear Mr. Rex Mann:

We acknowledge receipt of your letter, wherein Qiagen has expressed concerns regarding potential patent infringement by Zymo Research Corporation ("Zymo") for Zymo's Magic Technology incorporated in various Kits (D4086; D4086 Custom). We kindly seek full disclosure of any additional information that Qiagen believes may be pertinent to this matter.

Zymo's Magic Technology represents a groundbreaking advancement in surface chemistry applied to magnetic beads, safeguarded as a closely held trade secret. This innovative Technology heralds the advent of the next generation of methodologies for nucleic acid purification, distinctly diverging from Qiagen`s anion exchange method. Based on our preliminary assessment, we are confident that there is no infringement of Qiagen's Patents.

We are not only open to engaging in discussions but are also willing to share materials embodying the confidential information underpinning Zymo's Magic Technology with proper procedures. Our intent is to educate Qiagen and assist in its evaluation, demonstrating that this Technology does not encroach upon Qiagen's Patents.

Qiagen has held a dominant global position in nucleic acid purification for several decades and has much to gain from comprehending the capabilities of Zymo's Technology in this multi-billion-dollar market by quashing out any new disruptive technologies. Furthermore, Qiagen can strategically leverage its patent portfolio to gather information. In contrast, Zymo is a smaller entity, and safeguarding our trade secrets is crucial to our continued commercial viability.

We place a high value on innovation and are committed to upholding patent rights. We wholeheartedly welcome the opportunity for constructive dialogue to amicably resolve any differences that may exist.

Sincerely,

Jonathan A Claypool
Chief Legal Officer
Zymo Research Corporation

17062 Murphy Ave. • Irvine, CA 92614 • USA
Tel: 1-888-882-9682 • Fax: 1-949-266-9452 • www.zymoresearch.com • Email: info@zymoresearch.com