# Exhibit 4

We've reimagined clinical dPCR: Discover QIAcuityDx



   



Genomic Services

# Nucleic Acid Isolation Service

Home  >  Applications & Insights  >  Genomic Services  >  Nucleic Acid Isolation Service

## Helping you accelerate your studies with an all-in-one solution

Does your lab process dozens, hundreds or even thousands of biological samples at a time? Do you handle a large variety of sample types needing different extraction protocols? With this many samples, irreproducibility, handling errors and batch-to-batch inconsistency become magnified, which can lead to higher costs and longer turnaround times. As a result, nucleic acid isolation can become a laborious, rate-limiting factor in your work.

QIAGEN Genomic Services can help you overcome these limitations thanks to our industry-leading nucleic acid isolation technologies and almost 40 years of technical expertise. With our Nucleic Acid Isolation Service, you will get high-quality DNA and/or RNA shipped to you in the container of your choice, or used directly in

Verify your country and language, so we can adjust product availability, currency and translations.

 DE     DE    Confirm

- **Industry-leading expertise in nucleic acid isolation**: We have nearly 40 years of experience in isolating high-quality DNA and RNA from even the most challenging samples using our trusted nucleic acid extraction technologies

- **Automation capabilities**: Shortening of processing times and increased reproducibility

- **Guidance and flexibility**: Based on sample type and your specific requirements, we select the most optimal product and workflow for maximum yields

Partner with us for expert guidance and dedicated service – from Sample to Insight – for preparing your samples today.



Verify your country and language, so we can adjust product availability, currency and translations.                                                                  ✕

 DE       DE      ( Confirm )



## Explore what our Nucleic Acid Isolation Service has to offer

Get more details about our convenient, all-in-one Nucleic Acid Isolation Service.

Download

# Contact Genomic Services

Learn more about the options available to you and consult with experts about solutions for your projects.

Contact us

## Country and Language

Verify your country and language, so we can adjust product availability, currency and translations.

DE    DE    Confirm

Follow Us



This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Contact Us

Sample to Insight

© QIAGEN 2013–24. All rights reserved

Trademarks & Disclaimers

Terms & Conditions

Privacy

Consent Manager

Accessibility

Cancellation and Returns

Verify your country and language, so we can adjust product availability, currency and translations.



DE

DE

Confirm