# Exhibit 6

Media Release



# QIAGEN launches new solution for screening of sexual assault forensic casework samples

- **Investigator Quantiplex Pro FLX kit boosts workflow efficiency and throughput, maximizes sensitivity thanks to lyophilized reagents and flexible input volumes**

- **Breakable plates and convenient seal removal are suitable for any throughput needs, while room temperature storage frees up freezer capacity**

- **Enhanced processing of casework samples facilitates downstream workflow decisions, reducing backlogs and bringing answers to victims faster**

**Venlo, the Netherlands, April 4, 2024** – QIAGEN today announced the launch of the Investigator Quantiplex Pro FLX Kit, which offers forensic laboratories highest sensitivity when processing casework samples. This enables researchers to reliably quantify DNA in the sample, allowing for informed downstream decisions in their workflow.

Casework samples pose several challenges to forensic labs. They often contain only low levels of DNA, which is often degraded, and inhibitors that prevent the amplification of nucleic acids. Additionally, samples from crime scenes might contain the DNA of several people, making it difficult to analyze the evidence relevant for the specific case.

To help forensic scientists overcome these challenges, the Investigator Quantiplex Pro FLX Kit reliably assesses DNA quantity, degradation and inhibition. It is designed to allow faster, more efficient and higher throughput processing whilst significantly increasing sensitivity to up to 10x higher than other quantification kits on the market. This is possible thanks to a lyophilized qPCR Mastermix, which allows for full flexibility of scaling input volume from 1 µL to 18 µL.

"The Investigator Quantiplex Pro FLX Kit advances the way forensic laboratories process casework samples by significantly improving decision-making and enabling labs to focus on samples that contain enough DNA to be worth processing," said Richard Price, Vice President and Head of the HID and Forensics business at QIAGEN. "By providing a more efficient and sensitive quantification kit for these challenging samples, we can help reduce backlogs and deliver faster results, ultimately providing answers for victims and preventing further crimes."

The Investigator Quantiplex Pro FLX Kit includes ready-to-use, breakable 96-well plates that can be divided into 8-well strips, allowing labs to process samples according to their throughput needs without wasting reagents. The remaining wells can be stored and used up to four weeks later. Additionally, the kit features sustainable room temperature storage, freeing up valuable freezer capacity and simplifying laboratory logistics.

The new kit complements QIAGEN's comprehensive portfolio, covering all requirements of casework from Sample to Insight. Dedicated swabs collect even small volumes of samples and recover evidence. The QIAcube Connect automates the separation of DNA mixtures from sexual assault samples. Combined with QIAGEN's RotorGene, the Investigator Quantiplex Pro RGQ Kit is the only solution on the market that assesses the degradation of male DNA, thus facilitating downstream workflow decisions. For DNA fingerprinting, sample analysis can be precisely targeted to detect and amplify autosomal or Y-chromosomal DNA with the Investigator STR portfolio. The ForenSeq MainstAY NGS library prep kit detects both

1

Media Release



autosomal and Y-chromosomal markers in a single step, and the sequencing results can be analyzed using the Universal Analysis Software.

QIAGEN has a leading position in the human identification and forensics market, having pioneered the introduction of commercial DNA purification kits for forensic casework samples in the late 1990s. Today, QIAGEN offers a comprehensive portfolio of solutions for processing sexual assault samples, identifying missing persons, age estimation and tissue identification, anthropology research, and kinship testing.

In 2023, QIAGEN expanded its range of downstream NGS-based forensic products with the acquisition of Verogen, a leader in the use of NGS technologies, to further drive the future of human identification and forensic investigation. QIAGEN now provides sequencing and bioinformatics solutions, as well as a genealogy database, offering the most complete portfolio in the human identification and forensics market.

To learn more about QIAGEN's Investigator Quantiplex Pro FLX Kit, visit www.qiagen.com/quantproflx.

**About QIAGEN**

QIAGEN N.V., a Netherlands-based holding company, is the leading global provider of Sample to Insight solutions that enable customers to gain valuable molecular insights from samples containing the building blocks of life. Our sample technologies isolate and process DNA, RNA and proteins from blood, tissue and other materials. Assay technologies make these biomolecules visible and ready for analysis. Bioinformatics software and knowledge bases interpret data to report relevant, actionable insights. Automation solutions tie these together in seamless and cost-effective workflows. QIAGEN provides solutions to more than 500,000 customers around the world in Molecular Diagnostics (human healthcare) and Life Sciences (academia, pharma R&D and industrial applications, primarily forensics). As of December 31, 2023, QIAGEN employed approximately 6,000 people in over 35 locations worldwide. Further information can be found at http://www.qiagen.com.

**Contacts QIAGEN:**

**Public Relations**
Thomas Theuringer          +49 2103 29 11826
Daniela Berheide           +49 2103 29 11676
e-mail: pr@QIAGEN.com