# Exhibit 7

Media Release



# QIAGEN completes acquisition of Verogen, strengthening leadership in Human ID / Forensics with NGS technologies

- **Verogen a proven leader in equipping forensic science laboratories and criminal investigators to use next-generation sequencing (NGS) to gain deeper insights**

- **Addition of Verogen strengthens QIAGEN leadership in fast-growing field of Human ID / forensics anchored by sample collection and preparation, genetic testing analysis and workflow automation**

- **Deal builds on partnership launched in 2021 to distribute Verogen's Illumina MiSeq FGx sequencer, NGS-based panels and GEDmatch bioinformatics solutions**

**Venlo, The Netherlands, and San Diego, California, January 9, 2023** – QIAGEN (NYSE:QGEN; Frankfurt Prime Standard: QIA) today announced it has completed the acquisition of Verogen, a leader in the use of next-generation sequencing (NGS) technologies to drive the future of human identification (HID) and forensic investigation.

Verogen, a privately held company founded in 2017 and based in San Diego, supports the global human identification community with NGS tools and professional services to help resolve criminal and missing-persons cases. QIAGEN and Verogen have been commercialization partners since announcing a distribution agreement in June 2021.

QIAGEN – which in the late 1990s launched the first commercial kits to purify DNA from forensic casework samples – already has a leading position in the HID / forensics market. QIAGEN's sample collection and preparation kits, genetic testing analysis, and workflow automation products are used around the world by forensic science laboratories and criminal investigators.

"Bringing together Verogen and QIAGEN creates a unique opportunity to better help investigators and researchers to advance forensic science and to find missing persons, accurately identify suspects and exonerate the innocent," said Thierry Bernard, CEO of QIAGEN. "The power of NGS has created so many applications that were not possible before, and its use in forensics is another opportunity for QIAGEN to provide the most complete workflow and help improve the lives of people around the world."

"We are proud to take our successful partnership with QIAGEN to the next level in a combination that we believe creates significant advantages for all stakeholders," said Brett Williams, CEO of Verogen. "This step will expand the value of Verogen's portfolio to forensics customers and investigative agencies, and further drive the adoption of NGS to foster advances in justice worldwide."

Human identification DNA techniques have evolved greatly over the past few decades, helping to meet huge challenges like in the aftermaths of wars and natural disasters, as well as to support advances in criminal justice. As just one example, the International Commission on Missing Persons in the Netherlands to date has profiled more than 44,000 bone samples and made more than 18,000 identifications – all processed using QIAGEN chemistry and kits.

1

Media Release



However, the limitations of today's broadly used workflows based on short-tandem-repeat (STR) analyses using capillary electrophoresis (CE) technology impede matches in an estimated 60-85% of traditional searches. This has resulted in a backlog of about 1 million unsolved cases in the U.S. alone.

Law enforcement, military and other forensic experts around the world increasingly look to NGS for its unprecedented genetic insights, such as allowing investigators to infer unique attributes like hair and eye color and biogeographical ancestry.

Verogen's sequencing and analysis solutions are designed for use on the MiSeq FGx® Sequencing System from Illumina, Inc. With this acquisition, QIAGEN gains exclusive distribution rights for this version of the MiSeq sequencer designed specifically for forensics applications. More than 300 MiSeq FGx Sequencing Systems have been placed to date, marking a strong entry into this market segment. The Verogen portfolio of kits for use on this sequencer includes the ForenSeq suite of kits including DNA Signature Prep, Imagen, Kintelligence and MainstAY product lines, all providing forensics experts with better answers to help solve the most complex unresolved cases.

QIAGEN also gains full access to Verogen's pioneering GEDmatch database and GEDmatch PRO™ portal. GEDmatch allows users to upload genetic profiles created by other genealogy sites in order to expand the search for familial links; it currently contains more than 1.8 million genealogical profiles and continues to grow. GEDmatch PRO™ is designed to support police and forensic teams with investigative comparisons to data uploaded by consenting GEDmatch users.

**Transaction summary**

QIAGEN recently completed the full acquisition of Verogen for $150 million in cash paid from existing reserves. QIAGEN currently expects about $20 million of sales from the Verogen portfolio in 2023, building on about $5 million of sales for QIAGEN in 2022 from the distribution agreement. Due to planned investments for commercialization and portfolio development, the transaction is expected to be dilutive to full-year 2023 adjusted EPS by about $0.03 per share and neutral to adjusted EPS in 2024.

**About Verogen**

Verogen is a dedicated developer of DNA-based biometric human identification products for analysis of forensic genomic samples. Working closely with the forensic community, Verogen places exceptional value on flexible, scalable solutions that deliver reliable results. To learn more, visit www.verogen.com.

**About QIAGEN**

QIAGEN N.V., a Netherlands-based holding company, is the leading global provider of Sample to Insight solutions that enable customers to gain valuable molecular insights from samples containing the building blocks of life. Our sample technologies isolate and process DNA, RNA and proteins from blood, tissue and other materials. Assay technologies make these biomolecules visible and ready for analysis. Bioinformatics software and knowledge bases interpret data to report relevant, actionable insights. Automation solutions tie these together in seamless and cost-effective workflows. QIAGEN provides solutions to more than 500,000 customers around the world in Molecular Diagnostics (human healthcare), Applied Testing (primarily forensics), Pharma (pharma and biotech companies) and Academia (life sciences research). As of September 30, 2022, QIAGEN employed more than 6,200 people in over 35 locations worldwide. Further information can be found at http://www.qiagen.com.

Media Release

**Forward-Looking Statement**

*Certain statements contained in this press release may be considered forward-looking statements within the meaning of Section 27A of the U.S. Securities Act of 1933, as amended, and Section 21E of the U.S. Securities Exchange Act of 1934, as amended. To the extent that any of the statements contained herein relating to QIAGEN's products, collaborations markets, strategy or operating results, including without limitation its expected adjusted net sales and adjusted diluted earnings results, are forward-looking, such statements are based on current expectations and assumptions that involve a number of uncertainties and risks. Such uncertainties and risks include, but are not limited to, risks associated with management of growth and international operations (including the effects of currency fluctuations, regulatory processes and dependence on logistics), variability of operating results and allocations between customer classes, the commercial development of markets for our products to customers in academia, pharma, applied testing and molecular diagnostics; changing relationships with customers, suppliers and strategic partners; competition; rapid or unexpected changes in technologies; fluctuations in demand for QIAGEN's products (including fluctuations due to general economic conditions, the level and timing of customers' funding, budgets and other factors); our ability to obtain regulatory approval of our products; difficulties in successfully adapting QIAGEN's products to integrated solutions and producing such products; the ability of QIAGEN to identify and develop new products and to differentiate and protect our products from competitors' products; market acceptance of QIAGEN's new products and the integration of acquired technologies and businesses. For further information, please refer to the discussions in reports that QIAGEN has filed with, or furnished to, the U.S. Securities and Exchange Commission (SEC).*

**Contacts QIAGEN:**

| **Investor Relations** | | **Public Relations** | |
|---|---|---|---|
| John Gilardi | +49 2103 29 11711 | Thomas Theuringer | +49 2103 29 11826 |
| Phoebe Loh | +49 2103 29 11457 | Daniela Eltrop | +49 2103 29 11676 |
| e-mail: ir@QIAGEN.com | | e-mail: pr@QIAGEN.com | |

3