# Exhibit 9

SelectScience® <small>The Fastest Way to Expert Opinion™</small>

🏠 / News

News  Life Sciences

# Zymo Research partners with Tecan for COVID-19 viral RNA extraction

**Zymo Research**

The partnership aims to launch a ready-to-go processing solution that streamlines viral DNA/RNA extraction

2 Apr 2020



**Diane Li**
Assistant Editor

**Zymo Research** has announced a partnership with **Tecan** to launch a ready-to-go processing solution to streamline viral DNA/RNA extraction from nasopharyngeal swabs, oropharyngeal swabs, saliva, sputum, plasma, and serum. The DreamPrep™ NAP workstation, featuring Zymo Research's *Quick*-DNA/RNA™ Viral MagBead Kit, simplifies the process by providing pre-loaded scripts, optimized for viral RNA extraction, that are currently being validated for COVID-19 assays by high complexity testing labs.

As the COVID-19 pandemic expands, laboratories are scaling up testing using high-throughput automated workflows to isolate the viral RNA for subsequent detection. These workflows typically require time-consuming scripting, configuration, and optimization for the nucleic acid extraction to function properly, which can dramatically decrease lab scalability in this critical time.

"Nucleic acid extractions can be one of the most challenging, frustrating, and time-consuming portions of a workflow to automate," said Ryan Kemp, Director of Nucleic Acid Solutions at Zymo Research. "With push-to-start sample purification, the DreamPrep™ NAP workstation is uniquely positioned to help labs around the world quickly and effectively scale their testing to accommodate a larger number of tests and ultimately mitigate the spread of the virus."

10/29/24, 10:05 AM
Case 8:24-cv-01832-JWH-DFM    Document 37-9    Filed 12/05/24    Page 3 of 7    Page ID
Zymo Research partners with Tecan for COVID-19 viral RNA extraction
#:1133

Kemp notes, "We understand the need to rapidly respond to the COVID-19 pandemic and have dramatically increased our supply of the Quick-DNA/RNA™ Viral MagBead extraction kits. Additionally, we have expanded our team of technical experts to help with the global effort. Both Zymo Research and Tecan are giving the highest priority to assist researchers who are extracting viral RNA using the DreamPrep™ NAP workstation."

In the past year, Zymo Research and Tecan have worked together to optimize magnetic bead-based extraction of viral RNA using the cutting-edge DreamPrep™ NAP workstation. The result of this collaboration is a preprogrammed, preconfigured, load-and-go system that is optimized for high-throughput viral RNA extraction. The workstation features a user-friendly interface and guided setup to streamline implementation.

"By combining the Zymo Research optimized extraction kits with our easy-to-use liquid handling platform, we have delivered a complete viral processing solution with the DreamPrep™ NAP workstation," said Beatrice Marg-Haufe, Product Manager at Tecan. "In this challenging climate, we are working very closely with Zymo Research to enable scientists to respond to this pandemic quickly."

**Want more of the latest science news straight to your inbox?** [Become a member of SelectScience for free today>>](#)

## Related Products

[Request Quote for All Products](#)



Quick-DNA™ HMW
MagBead Kit

Case 8:24-cv-01832-JWH-DFM   Document 37-9   Filed 12/05/24   Page 4 of 7   Page ID #:1134

Zymo Research partners with Tecan for COVID-19 viral RNA extraction

Zymo Research

★ ★ ★ ★ ★ (16)

## Links

Zymo Research   Company website

## Tags

Sample Management   DNA / RNA Extraction and Purification

Robotic Workstations   Automated Liquid Handling

DNA Extraction   Automation   Respiratory Infections

Liquid Handling Workstation   High Throughput   Viruses

RNA Extraction   Infectious Disease   Coronavirus

## Related Articles

cess 3D high-plex spatial information across scales

Case 8:24-cv-01832-JWH-DFM    Document 37-9    Filed 12/05/24    Page 5 of 7    Page ID
#:1135

29 Oct 2024

## Oxford researchers secure funding for world's first ovarian cancer prevention vaccine

29 Oct 2024

## Innovative mouse models for the development of safer therapeutics

29 Oct 2024



---

SelectScience®

  

**Fields & Topics**

Life Sciences

Drug Discovery & Development

Clinical Diagnostics

Environmental

Materials

& Beverage

**Products & Reviews**

All Products & Reviews

All Antibodies & Reviews

Write a Review

Case 8:24-cv-01832-JWH-DFM   Document 37-9   Filed 12/05/24   Page 6 of 7   Page ID #:1136

General Lab

Lab Automation

Lab Informatics

Separations

Spectroscopy

Forensics

Cannabis Testing

## News & Insights

News & Articles

Events & Summits

Webinars

Editorial features

Immersive Content

## Sponsors / Client

Media Kit

Reviews Program

Insights for Marketers

Seal of Quality

Case Studies

Testimonials

Editorial & Production Guidelines

Terms & Conditions

Data Sharing Annex

## Resources

Applications & Methods

How-to-Buy eBooks

Videos

## About us

About Us

Careers

Contact Us

Corporate Social Responsibility Statement

SelectScience Brands

Awards

Case 8:24-cv-01832-JWH-DFM   Document 37-9   Filed 12/05/24   Page 7 of 7   Page ID
#:1137









Terms      Cookie Policy      Acceptable use policy      Privacy                    © SelectScience 2024

