# Exhibit 10





0

Home › Our Distributors

# Find a Distributor

Zymo Research is committed to delivering innovative biotechnology products and services for research and clinical applications worldwide.

Please select your location from the list below to find your local distributor.

### Headquarters



**Zymo Research Corp**
California, USA

**Contact Us**

**Zymo Research Europe**
Freiburg, Germany

**Contact Us**





**Zymo Research China**
Beijing, China

**Contact Us**

## Filter by Country

Choose your country ⌄

## Search for a Distributor

Search by Company Name

## Distributors

**Thermo Fisher Scientific**

https://www.fishersci.com/



**Thomas Scientific**

https://www.thomassci.com/



**TK Biotech**

https://www.tkbiotech.com.pl/



Feedback



# Global Scientist-to-Scientist Support

We are committed to providing expert-level support and guidance throughout your research journey.

**Talk to a Scientist**

## Need more information? Contact Us.

First Name *

Last Name *

Email Address *

Phone Number

Institution Name *

Subject *

What can we help you with? *

**Submit**

## ⦿ Interested in becoming a Zymo Research Distributor?

**Inquire Now**

Need help? Contact Us

## COMPANY

About Us

Advisory Board

ISO Certification

Press Releases

Open Positions

## HELP

Contact Us

Direct Ordering Options

Find a Distributor

Custom Manufacturing

Get Certificate of Analysis

## RESOURCES

Free Tools

Promotions

Quick Order

Video Library

Blog

## SOCIALIZE

    

*The Beauty of Science is to Make Things Simple*

© 2024 Zymo Research Corporation. All Rights Reserved. | Privacy Policy | Terms and Conditions | Terms of Purchase

© 2024 Zymo Research Corporation. All Rights Reserved.

Privacy Policy | Terms and Conditions | Terms of Purchase