Name and address:

Jenny Pelaez (SBN 326765)
King & Spalding LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QIAGEN GmbH | CASE NUMBER |
| | 8:24-cv-01832-FWS-DFM |
| v.                                    Plaintiff(s) | |
| Zymo Research Corporation | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Eng, Joseph D.                                    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

212-556-2205

*Telephone Number*          *Fax Number*

jeng@kslaw.com

*E-Mail Address*

King & Spalding LLP
1290 Avenue of the Americas, 14th Floor
New York, NY 10104

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

QIAGEN GmbH

*Name(s) of Party(ies) Represented*          ☒ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**

Pelaez, Jenny                                    of

*Designee's Name (Last Name, First Name & Middle Initial)*

326765          213-443-4355          213-443-4310

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

jpelaez@kslaw.com

*E-Mail Address*

King & Spalding LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED:   ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2:   ☐ Applicant resides in California;   ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:   ☐ is not member of Bar of this Court;   ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

**Dated** _____          _____
                                         **U.S. District Judge/U.S. Magistrate Judge**